THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS PARISI, Appellant.

Submitted May 15, 1944; decided May 24, 1944.

*Peter L. F. Sabbatino* for appellant.

*Frank S. Hogan, District Attorney* (*Whitman Knapp* of counsel), for respondent.

Motion for reargument denied. Motion to dismiss appeal granted and appeal dismissed.